**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ERIC BEWLEY**                                                              **PLAINTIFF**

       **v.**         **Civil No. 05-5149**

**COX COMMUNICATIONS, INC.**                                    **DEFENDANT**

### O R D E R

Now on this 3d day of May, 2006, the Court, noting that an Order (document #19) was entered erroneously dismissing this case, hereby directs that the matter be reopened.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**